# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152650(67)(68)

INTERNATIONAL BUSINESS MACHINES
CORP,

Plaintiff-Appellant,

SC: 152650
COA: 325484

v

Ct of Claims: 14-000219-MT

DEPARTMENT OF TREASURY,

Defendant-Appellee.
_____/

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorneys Amy L. Silverstein and Edwin P. Antolin to appear and practice on behalf of plaintiff-appellant under MCR 8.126(A) is GRANTED



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2015

